UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:14-cr-0003-SEB-TAB-1 |
| | ) | |
| RUFUS EUGENE GUNN, | ) | |
| Defendant. | | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark J. Dinsmore=s Report and Recommendation that Rufus Eugene Gunn=s supervised release be modified, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as follows:

1. The defendant's supervised release is modified to include GPS monitoring until March 16, 2015. Defendant Gunn is to continue on all other previously ordered supervised release conditions.

SO ORDERED.

1/21/2015

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to all ECF-registered counsel of record via email generated by the Court's ECF system.

U. S. Parole and Probation

U. S. Marshal